IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                                            CASE NO. 5:10-cr-13-RS-EMT

JAMES MICHAEL BEALL
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 44) and Defendant's Objections (Doc. 45). The objections have been considered *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The motion to vacate, set aside, or correct sentence (Doc. 32) is **DENIED**.

3. The certificate of appealability is **DENIED** because defendant did not make a substantial showing of the denial of a constitutional right.

**ORDERED** on April 22, 2014.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**